**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DOUGLAS HENSON**                                                                                        **PLAINTIFF**

**V.**                                            **CASE NO. 3:20-CV-348-BSM-BD**

**NICCI CARTER**                                                                                        **DEFENDANT**

## ORDER

Plaintiff Douglas Henson, an inmate at the Jackson County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 1) The case was transferred from the Western District to the Eastern District of Arkansas on October 30, 2020. (Doc. No. 3)

For screening purposes, Mr. Henson has stated a failure-to-protect claim against Defendant Carter. Accordingly, service is now appropriate. The Clerk of Court is directed to prepare a summons for Defendant Carter. The Marshal is directed to serve Defendant Carter with a summons and a copy of the complaint, with any attachments (Doc. No. 1), without requiring prepayment of fees and costs or security. Service for Defendant Carter should be effected through the Jackson County Detention Center, Post Office Box 647, Newport, Arkansas 72112.

IT IS SO ORDERED, this 3rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE