IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DOUGLAS HENSON**                                                                                   **PLAINTIFF**

**V.**                           **CASE NO. 3:20-CV-348-BSM-BD**

**NICCI CARTER**                                                                           **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.**      **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.**      **Discussion**

Mr. Henson was an inmate at the Jackson County Detention Center when he filed this civil rights lawsuit on October 29, 2020. (Doc. No. 1) On December 15, 2020, mail sent to Mr. Henson from the Court was returned as "undeliverable." (Doc. No. 12) Local rules require pro se plaintiffs, including Mr. Henson, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

On December 22, the Court ordered Mr. Henson to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 13) To date, Mr. Henson has not responded to the Court's December 22 Order, and the time to do so has passed.

### III.  Conclusion

The Court recommends that Mr. Henson's claims be DISMISSED, without prejudice, based on his failure to comply with the December 22 Order and his failure to prosecute this lawsuit.

DATED this 25th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE