IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOUGLAS HENSON                                                                                    PLAINTIFF

v.                                         CASE NO. 3:20-CV-00348-BSM

NICCI CARTER                                                                                      DEFENDANT

## ORDER

Upon careful review, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 16] is adopted. Douglas Henson has failed to file a notice of his current mailing address, and the time to do so has expired. *See* Doc. No. 13. Henson's mail has repeatedly been returned as undelivered, with no forwarding address. *See* Doc. Nos. 12, 15, and 17. Therefore, this suit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 25th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE