IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOUGLAS HENSON                                                                                          PLAINTIFF

v.                                    CASE NO. 3:20-CV-00348-BSM

NICCI CARTER                                                                                            DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 25th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE